AO 450  (Rev. 7/99) Judgment in a Civil Case           **CLOSED** _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

AMAL ALMULAIKI and ABDO ALMULAIKI,           JUDGMENT IN A CIVIL CASE

           Plaintiffs,                      Case Number: 10-11531

v.                                                                                 Honorable Avern Cohn

STATE FARM INSURANCE COMPANY,

           Defendant.
_____/

■      A **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant and the case is DISMISSED.

Pursuant to Rule (77d), FRCivP
Copies have been electronically sent to:

THE ATTORNEYS OF RECORD

Date:   December 07, 2011                                  David Weaver, Clerk of Court

                                                                         s/Julie Owens
                                                                         Deputy Clerk