AO 450  (Rev. 7/99) Judgment in a Civil Case                    CLOSED _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

AMAL ALMULAIKI and ABDO ALMULAIKI,  

                Plaintiffs,

v.

STATE FARM INSURANCE COMPANY,

                Defendant.
_____/

JUDGMENT IN A CIVIL CASE

Case Number: 10-11531

Honorable Avern Cohn

■    A **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant and the case is DISMISSED.

Pursuant to Rule (77d), FRCivP
Copies have been electronically sent to:

THE ATTORNEYS OF RECORD

Date:  December 07, 2011

David Weaver, Clerk of Court

s/Julie Owens
Deputy Clerk